UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SCHWAB SHORT-TERM BOND MARKET FUND, et al.,<br><br>                          Plaintiffs,<br>     v.<br>BANK OF AMERICA CORPORATION, et al.,<br><br>                          Defendants.<br>_____/ | No. C-11-04271 MEJ<br><br>**NOTICE OF REASSIGNMENT**<br><br>**ORDER SCHEDULING CMC** |

This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM. ELECTRONICALLY FILED DOCUMENTS MUST BE CITED IN ALL OTHER DOCUMENTS AS FOLLOWS: DKT#__ AT __.**

The Court shall conduct a case management conference on December 15, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All ADR and case management deadlines are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: September 13, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge