# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB  ECF Case |
| SCHWAB MONEY MARKET FUND, *et al.*,  Plaintiffs,  v.  BANK OF AMERICA CORPORATION, *et al.*,  Defendants.  No. 11-cv-6412-NRB | |
| CHARLES SCHWAB BANK, N.A., *et al.*,  Plaintiffs,  v.  BANK OF AMERICA CORPORATION, *et al.*,  Defendants.  No. 11-cv-6411-NRB | |
| SCHWAB SHORT-TERM BOND MARKET FUND, *et al.*,  Plaintiffs,  v.  BANK OF AMERICA CORPORATION, *et al.*,  Defendants.  No. 11-cv-6409-NRB | |

THE CHARLES SCHWAB CORPORATION, *et al.*,

Plaintiffs,

v.

BANK OF AMERICA CORPORATION, *et al.*,

Defendants.

Case No. 13-cv-7005

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BARCLAYS BANK PLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs in the above-captioned direct actions (collectively, "Schwab Actions") and defendant Barclays Bank plc ("Barclays") that all of Plaintiffs' claims asserted against Barclays in the Schwab Actions are dismissed with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without interest or costs to any party.  For the avoidance of doubt, this dismissal applies only to Barclays, and not to Plaintiffs' claims against other defendants in the Schwab Actions, which Plaintiffs are continuing to pursue.

Dated:  May 29, 2020     **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: */s Michael J. Miarmi*
Steven E. Fineman
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
E-mail:  sfineman@lchb.com
              mmiarmi@lchb.com

1

        Richard M. Heimann
        Eric B. Fastiff
        Brendan P. Glackin
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
        Telephone:  (415) 956-1000
        Facsimile:  (415) 956-1008
        E-mail:  rheimann@lchb.com
                efastiff@lchb.com
                bglackin@lchb.com

        Andrew R. Kaufman
        222 2nd Avenue South, Suite 1640
        Nashville, TN 37201-2379
        Telephone: (615) 313-9000
        Facsimile: (615) 313-9965
        E-mail:  akaufman@lchb.com

*Attorneys for Plaintiffs*

**BOIES SCHILLER FLEXNER LLP**

By: */s Leigh M. Nathanson*
Jonathan D. Schiller
Leigh M. Nathanson
55 Hudson Yards
New York, New York 10001
(212) 446-2300
JSchiller@BSFLLP.com
LNathanson@ BSFLLP.com

*Attorneys for Defendant Barclays Bank plc*

**SO ORDERED:**

DATED:

_____          _____
                                                        Hon. Naomi Reice Buchwald
                                                        United States District Judge